IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| PERMIAN BASIN PETROLEUM ASSOCIATION, NATIONAL CATTLEMEN'S BEEF ASSOCIATION, TEXAS CATTLEFEEDER'S ASSOCIATION, KANSAS LIVESTOCK ASSOCIATION, OKLAHOMA CATTLEMEN'S ASSOCIATION, AND NEW MEXICO CATTLE GROWER'S ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; U.S. FISH AND WILDLIFE SERVICE; DEBRA HAALAND, in her official capacity as SECRETARY OF THE INTERIOR; MARTHA WILLIAMS, in her official capacity as DIRECTOR OF THE U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Civil Action No. 7:23-cv-49 |

**[PROPOSED] ORDER GRANTING CONSERVATION GROUPS' MOTION TO INTERVENE AS DEFENDANTS**

Having reviewed the Motion to Intervene and supporting filings submitted by the Center for Biological Diversity and Texas Campaign for the Environment, and any response thereto, it is

**HEREBY ORDERED THAT**:

Conservation Groups' Motion to Intervene is **GRANTED**;

Conservation Groups are joined as Defendants to this action; and

Conservation Groups Proposed Answer is deemed lodged.

**SO ORDERED**

Dated: _____, 2023         BY THE COURT:

_____

U.S. District Judge David Counts