IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **STATE OF TEXAS, et al.,** | § § § | |
| and | § § | |
| **PERMIAN BASIN PETROLEUM ASSOCIATION, et al.,** | § § § § | **MO:23-CV-00047-DC** |
| *Plaintiffs*, | § § | **MO:23-CV-00049-DC** |
| v. | § § § | |
| **UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,** | § § § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

On this date, the Court issued an order granting Defendants' motion to remand and vacate. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**IT IS SO ORDERED**.

SIGNED this 12th day of August, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE